**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6906

TYRONE DALE,

Plaintiff – Appellant,

v.

OFFICER BAKER; OFFICER FONTAINE; OFFICER MOSHER; OFFICER OLIVER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge. (1:11-cv-01552-ELH)

Submitted:  November 20, 2012          Decided:  November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Dale, Appellant Pro Se. John Francis Breads, Jr., Matthew Douglas Peter, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Dale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dale v. Baker, No. 1:11-cv-01552-ELH (D. Md. Filed Mar. 13, 2012 & entered Mar. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED